UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JACKLYN BOLIN, | ) | CASE NO. 1:07CV1187 |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| vs. | ) | |
| MICHAEL ASTRUE, Commissioner of Social Security, | ) | **ORDER** |
| Defendant | ) | |

This Court, having filed its Memorandum of Opinion and Order, hereby remands this case to the Commissioner of Social Security for further proceedings.

IT IS SO ORDERED.

Dated: January 9, 2008        /s/ John R. Adams_____
                              John R. Adams
                              UNITED STATES DISTRICT JUDGE